No. 94–1163. DIAZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–1165. BURZYNSKI *v.* TRUSTEES OF THE NORTHWEST LAUNDRY AND DRY CLEANERS HEALTH & WELFARE TRUST. C. A. 5th Cir. Certiorari denied.

No. 94–1168. VANCE *v.* SOUTHERN BELL TELEPHONE & TELEGRAPH CO. C. A. 11th Cir. Certiorari denied.

No. 94–1169. LUNDE *v.* HELMS ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–1171. RESHARD *v.* PENA, SECRETARY OF TRANSPORTATION (two cases). C. A. D. C. Cir. Certiorari denied.

No. 94–1174. GRIFFITH *v.* COLLIER COUNTY, FLORIDA, ET AL.; and
No. 94–1177. BISHOP ET AL. *v.* COLLIER COUNTY, FLORIDA, ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 94–1176. PORTER COUNTY PLAN COMMISSION ET AL. *v.* MARSHALL. C. A. 7th Cir. Certiorari denied.

No. 94–1179. BOWLES *v.* ASKEW, DIRECTOR OF ADMISSIONS, OFFICE OF BAR ADMISSIONS, ET AL. Sup. Ct. Ga. Certiorari denied.

No. 94–1186. BLUE STREAK, INC., ET AL. *v.* GULF ISLAND IV, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–1195. HALL ET AL. *v.* CREATIVE GAMES TECHNOLOGY, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–1196. WRIGHT *v.* BOULDER VALLEY SCHOOL DISTRICT RE–2. Sup. Ct. Colo. Certiorari denied.

No. 94–1205. COUNTY OF SAN DIEGO ET AL. *v.* SCHNEIDER. C. A. 9th Cir. Certiorari denied.